HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
mia_crager@fd.org


Attorney for Defendant
RAUL RIKARDS CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00082 KJM |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER SEALING DOCUMENT** |
| v. | ) |
| | ) |
| RAUL RIKARDS CARRILLO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |


        Pursuant to Local Rule 141, based on a request to seal,

Exhibit B in support of Mr. Carrillo's formal objections to the

PSR (Dkt. 84) shall be SEALED until further order of this Court.

        IT IS SO ORDERED.

Dated:  October 24, 2019

_____
UNITED STATES DISTRICT JUDGE

-1-